APPELLATE CAUSE NUMBER: 06-15-00019-CR, 06-15-00020-CR

IN THE

6TH COURT OF APPEALS

AT TEXARKANA, TEXAS

RECEIVED IN
The Court of Appeals
Sixth District

MAR 1 6 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

MAR 1 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

MARVIN FRANK HALL

V.

THE STATE OF TEXAS

SCANNED

APPEAL OF CAUSE NUMBER 8859 & 8796 FROM THE 8TH JUDICIAL DISTRICT COURT OF FRANKLIN COUNTY.

FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRO SE RESPONSE TO SHOW COURT'S JUR-ISDICTION.

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS: COME NOW MARVIN FRANK HALL, APPELLANT PRO SE, AND RESPECTFULLY MOVES THE COURT TO EXTEND THE DEAD-LINE FOR FILING HIS RESPONSE DEMONSTRATING HOW THE COURT HAVE JURISDICTION. BY THIRTY DAYS. IN SUPPORT APPELLANT WOULD SHOW THE FOLLOWING.

I.

APPELLANT WAS TRANSFERED FROM THE BYRD UNIT TO THE STRINGFELLOW UNIT. APPELLANT RECEIVED NOTICE SEVEN (7) DAYS BY MAIL OF THE COURTS ORDER. FOR THE APP-ELLANT TO FILE HIS RESPONSE TO THE COURT BY MARCH 12, 2015.

## II.

THE APPELLANT NEED MORE TIME TO COMPLY TO THE COURT ORDER. SEVEN (7) DAYS IS NOT ENOUGH TIME TO FILE HIS RESPONSE.

## III.

THIS IS APPELLANT'S FIRST REQUEST FOR EXTENSION. APPELLANT IS UNABLE TO MEET THE DEADLINE FOR THE FOLLOWING REASONS: LIMITED ACCESS TO LAW LIBRARY TO A FEW HOURS A DAY, LIMITED LEGAL KNOWLEDGE THEREBY SLOWING DOWN HIS RESEARCH.

## IV.

FOR THESE REASONS STATED ABOVE, APPELLANT RESPECTFULLY REQUEST AN ADDITIONAL THIRTY DAYS TO COMPLETE HIS PRO SE RESPONSE IN SUPPORT OF APPELLANT'S APPEAL.

## V.

APPELLANT PRAYS THAT THE COURT GRANT THIS MOTION AND EXTEND THE TIME TO FILE HIS PRO SE RESPONSE BY THIRTY DAYS EXTENDING THE DEADLINE TO APRIL 12, 2015.

RESPECTFULLY SUBMITTED,

Marvin F. Hall

MARVIN FRANK HALL, PRO SE

TDCJ - #1259577

STRINGFELLOW UNIT
1200 FM 655
ROSHARON, TEXAS 77583

VI.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON MARCH 10, 2015, A TRUE AND CORRECT COPY OF APPELLANT'S MOTION FOR EXTENSION TO FILE HIS RESPONSE WAS MAILED TO THE ATTORNEY FOR THE STATE BY U.S. FIRST CLASS MAIL ADDRESSED TO WILL RAMSEY AT 110 MAIN STREET, P.O. BOX 882, SULPHUR SPRINGS, TEXAS 75482.

Marvin F. Hall
APPELLANT, PRO SE

VII.

I, MARVIN FRANK HALL, TDCJ #1259577, BEING PRESENTLY INCARCERATED IN THE STRINGFELLOW UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE – INSTITUTIONAL DIVISION VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECTED ON THIS THE 10 DAY OF MARCH, 2015.

Marvin F. Hall
APPELLANT, PRO SE